# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KLC FINANCIAL, INC.,**<br><br>                  **Plaintiff,**<br><br>      vs.<br><br>**KASER EXCAVATING & CRUSHING, L.L.C., and ADAM J. KASER,**<br><br>                  **Defendants.** | **8:23CV368**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **September 27, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 28th day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge