IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KLC FINANCIAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KASER EXCAVATING & CRUSHING, L.L.C., and ADAM J. KASER, <br><br> Defendants. | 8:23CV368 <br><br> ORDER ON JOINT STIPULATION FOR DISMISSAL |

This case is before the Court on the parties' Joint Stipulation for Dismissal signed by counsel for all parties. Filing 46. Pursuant to the terms of Settlement Agreement attached to their Joint Stipulation, the parties stipulate that this matter shall be dismissed without prejudice, with each party to bear its own attorneys' fees and costs, and with leave to reinstate the lawsuit upon default pursuant to the terms of the Settlement Agreement. Filing 46 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 46, is accepted, and this case is dismissed without prejudice, with each party to bear its own attorneys' fees and costs, and with leave to reinstate the lawsuit upon default pursuant to the terms of the Settlement Agreement.

Dated this 31st day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge